ARTHUR BERENSON and Another, Appellants, v. WILLIAM H. CHOROSH, Respondent, Impleaded with Others.— Order reversed, with twenty dollars costs and dis-

bursements, and motion granted on payment of costs to date. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.; Merrell, J., dissents and votes for affirmance.